In the Matter of the Petition of IRVING NATIONAL BANK, Respondent, to Prove the Last Will and Testament of CLARA E. DAVIS, Deceased. CLARA LOUISE STIRK, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs to all parties payable out of the estate. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of the Proposed Extension of MAY AND FORBUS STREETS IN THE CITY OF POUGHKEEPSIE, Appellant, etc. THOMAS F. LAWLOR and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

In the Matter of the Application of JOHN P. REEVE to Revoke Letters of Administration on the Estate of EMMA J. ROWLAND, Deceased.— We see no ground to interfere with the surrogate's judgment not to remove the administrator for the harmless error in stating to the administration clerk that he was the only one interested in his mother's estate. The surrogate's ruling to reserve his conclusion as to the effect of the draft on the savings bank until the accounting was within his discretion and does not call for review here. The decree of the Surrogate's Court of Kings county is, therefore, affirmed, with costs of the appeal to the respondent payable out of the estate. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

IVER JOHNSON, Respondent, v. NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

ANTONIO P. JORDAO, Appellant, v. LUCKENBACH STEAMSHIP COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

HERBERT KAUFMAN, Respondent, v. SELZNICK PICTURES CORPORATION and Another, Appellants.— It appears from the face of the complaint that the causes of action alleged do not affect all of the defendants, and is demurrable upon this ground. (People v. Equitable Life Assurance Society, 124 App. Div. 714, 727–729.) The order is, therefore, reversed, with ten dollars costs and disbursements, and defendants' motion for judgment on the pleadings granted, with ten dollars costs, with leave to plaintiff to plead over within ten days after service of the order of reversal upon plaintiff's attorney. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

THEODORE B. KLAPPER, Respondent, v. THE CELLULOID COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, and the stay granted herein on September 1, 1921, vacated and set aside. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.